IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE FINAL CO. LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BABY DD STORE, et al.,<br><br>        Defendants. | Case No. 21-cv-00332<br><br>**Judge Manish S. Shah** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff The Final Co. LLC ("Final" or "Plaintiff") against the the defendants identified on Schedule A, and using Online Marketplace Accounts identified on Schedule A, and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired, the allegations of the Complaint are uncontroverted and are deemed admitted;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to Illinois, and have sold products infringing directly and/or indirectly the following patented Final Design.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D879,528 |  | March 31, 2020 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling, and importing any product not authorized by Final and that includes any reproduction, copy, or colorable imitation of the design claimed in the Final Design;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Final Design; and

   c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Final's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), and ContextLogic Inc. d/b/a Wish.com ("Wish.com") (collectively, the "Third Party Providers") shall within seven calendar days after receipt of such notice disable and cease displaying any advertisements used by or

associated with Defaulting Defendants in connection with the sale of infringing goods using the Final Design.

3. Pursuant to 35 U.S.C. § 289, Final is awarded profits from each of the Defaulting Defendants for infringing use of the Final Design on products sold through at least the Defaulting Defendants' Online Marketplaces according to the below chart:

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| Mintiml Friendly Store | $250 |
| Mintiml Garden Store | $250 |
| RAINBEAM Dropship Store | $250 |
| Baby DD Store | $250 |
| CE FDA Mask Store | $250 |
| Mintiml Life Store | $250 |
| MURRICON Store | $250 |
| ONMIER Official Store | $250 |
| ANYANG DEXIN | $250 |
| Dingrenyumeiguo | $250 |
| DREAM TRADERS | $250 |
| FSEUS | $250 |
| Grandey | $250 |
| Gu NBA | $250 |
| guoquanxiao-us | $250 |
| Juantin Store | $250 |
| Lucky Youth | $250 |
| MOME-EB | $250 |
| Twbbt | $250 |
| Zhangzhonweimeiguo | $250 |
| Niupoz | $250 |
| Khgdsajdhsaydfs | $250 |
| Rosabel | $250 |

4. Final may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Final used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Final as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Final the amounts from Defaulting Defendants' financial accounts, up to the amounts awarded above, within seven calendar days of receipt of this Order.

7. Until Final has recovered full payment of monies owed to it by any Defaulting Defendant, Final shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within seven calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in

       Exhibit 2 to the Declaration of Madison Conradis, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Final as partial payment of the above-identified damages within seven calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Madison Conradis and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand ($10,000) cash bond posted by Plaintiff, including any interest minus the registry fee, is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk fo the Court to Plaintiff or its counsel by check made out to the Greer Burns & Crain IOLTA account.

This Court is a Final Judgment.

DATED: April 19, 2021

                                                  Manish S. Shah
                                                  United States District Judge

The Final Co. LLC v. Baby DD Store, et al. - Case No. 21-cv-00332

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Baby DD Store | 2 | RAINBEAM Dropship Store |
| 3 | CE FDA Mask Store | 4 | ONMIER Official Store |
| 5 | Mintiml Life Store | 6 | Mintiml Garden Store |
| 7 | Mintiml Friendly Store | 8 | DISMISSED |
| 9 | MURRICON Store | 10 | Gu NBA |
| 11 | Juantin Store | 12 | FSEUS |
| 13 | Lucky Youth | 14 | grandey |
| 15 | DISMISSED | 16 | DREAM TRADERS |
| 17 | dingrenyumeiguo | 18 | DISMISSED |
| 19 | twbbt | 20 | zhangzhonweimeiguo |
| 21 | ANYANG DEXIN | 22 | MOME-EB |
| 23 | guoquanxiao-us | 24 | DISMISSED |
| 25 | DISMISSED | 26 | niupoz |
| 27 | Rosabel | 28 | khgdsajdhsaydfs |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2794140 | 2 | aliexpress.com/store/2963075 |
| 3 | aliexpress.com/store/5378239 | 4 | aliexpress.com/store/5572088 |
| 5 | aliexpress.com/store/5601200 | 6 | aliexpress.com/store/5785994 |
| 7 | aliexpress.com/store/5799430 | 8 | DISMISSED |
| 9 | aliexpress.com/store/5889452 | 10 | amazon.com/sp?seller=A128Z4REUT3FX2 |
| 11 | amazon.com/sp?seller=A12P147NVVEEDV | 12 | amazon.com/sp?seller=A1KSTA6W5G5TS9 |
| 13 | amazon.com/sp?seller=A1N55FYEIKW3PK | 14 | amazon.com/sp?seller=A1Q6YDJ9H91OUV |
| 15 | DISMISSED | 16 | amazon.com/sp?seller=A2RWVXEFF8AXW0 |
| 17 | amazon.com/sp?seller=A3FKZXIOLAV68Q | 18 | DISMISSED |
| 19 | amazon.com/sp?seller=A3L400XR9HI8SD | 20 | amazon.com/sp?seller=A3PXV0GPP79TMD |
| 21 | amazon.com/sp?seller=A4KWA1ZX1RB4P | 22 | amazon.com/sp?seller=AEDHBVJYFNG42 |
| 23 | amazon.com/sp?seller=AIZG93CIPRP | 24 | DISMISSED |

7

| No. | Online Marketplaces |
|-----|---------------------|
|     | 75 |
| 25  | DISMISSED |
| 27  | wish.com/merchant/58a179de7f5446501b7bbf66 |

| No. | Online Marketplaces |
|-----|---------------------|
|     |  |
| 26  | ebay.com/usr/niupoz |
| 28  | wish.com/merchant/5e7da6045476a80fd6f4c57c |